**Michael P. KERAK, Appellant**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 19, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2015, the direct appeal is hereby **QUASHED.**

■

**Richard COPPOLINO, Appellant**

**v.**

**Commissioner of the Pennsylvania State Police, Frank NOONAN, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 10, 2015.
Decided Nov. 20, 2015.

Before SAYLOR, C.J., EAKIN, BAER, TODD, STEVENS, JJ.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of November, 2015, the Order of the Commonwealth Court is hereby AFFIRMED. Appellant's Application for Leave to Submit Supplemental Authority is DENIED as moot.